IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM W. RAMSEY, JR.,<br><br>    Plaintiff,<br>  vs.<br><br>STATE OF HAWAII,<br><br>    Defendant.<br>_____ | CIVIL NO. 20-00215 JMS-KJM<br><br>ORDER ADOPTING AS MODIFIED MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT |

## ORDER ADOPTING AS MODIFIED MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

A Findings and Recommendation ("F&R") having been filed and served on September 2, 2020, ECF No. 17, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Deny Plaintiff's Motion for Entry of Default Judgment" is adopted as the opinion and order of this Court, as modified herein.

The F&R recommended denying Plaintiff's Motion for Entry of Default Judgment in part because Plaintiff had not first sought entry of default under Federal Rule of Civil Procedure 55(a), and because it appeared that the

Complaint had not been properly served.  ECF No. 17 at PageID #55-56.  Thus, the F&R recommended that the denial be without prejudice to Plaintiff being allowed to file a new motion for entry of default judgment that complies with Rule 55.  *See id.* at PageID #56.  But, in the meantime, Defendant has appeared and is defending itself—it has filed a Motion to Dismiss, which is pending in this court.  *See* ECF No. 18.  There is thus no basis for a new motion for entry of default judgment.  Therefore, the F&R is MODIFIED in that the denial of Plaintiff's Motion for Entry of Default Judgment is WITH  PREJUDICE (not without prejudice).

        IT IS SO ORDERED.

        DATED:  Honolulu, Hawaii, September 25, 2020.



    /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Ramsey v. State of Hawaii*, Civ. No. 20-00215 JMS-KJM, Order Adopting as Modified Magistrate Judge's Findings and Recommendation to Deny Plaintiff's Motion for Entry of Default Judgment